UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BOUKNIGHT,

                            Plaintiff,

            -against-

CAPTAIN WHELMER *and* OFFICER EARL,

                            Defendants.

25-CV-3212 (PAE)

ORDER OF SERVICE

PAUL A. ENGELMAYER, United States District Judge:

Plaintiff, who currently is detained at the Otis Bantum Correctional Center, brings this

action *pro se*. Plaintiff asserts claims, under 42 U.S.C. § 1983, for alleged violations of his

constitutional rights on March 21, 2025, at the George R. Vierno Center on Rikers Island. By

order dated May 16, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis*

("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

### A.    Request for Waiver of Service

The Clerk of Court is directed to electronically notify the New York City Department of

Correction and the New York City Law Department of this order. The Court requests that

Defendants Captain Whelmer and Correction Officer Earl waive service of summons.

### B.    Local Civil Rule 33.2

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to

respond to specific, court-ordered discovery requests, applies to this action. Those discovery

requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted
permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of

service of the complaint, Defendants must serve responses to these standard discovery requests.

In their responses, Defendants must quote each request verbatim.[2]

Plaintiff must notify the Court in writing if his address changes, and the Court may

dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is directed to electronically notify the New York City Department of

Correction and the New York City Law Department of this order. The Court requests that

Defendants Captain Whelmer and Correction Officer Earl waive service of summons.

Local Civil Rule 33.2 applies to this action.

SO ORDERED.

Dated:    May 20, 2025
          New York, New York

                                            _Paul A. Engelmayer_
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and
does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.