**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

Justin Bouknight,

                Plaintiff,

-against-

Captain Whelmer and Officer Earl,

                Defendants.

1:25-cv-03212 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      On May 28, 2025, the New York City Department of Correction ("DOC") informed the Court in a document filed to the ECF docket that no staff members in the agency could be identified as Captain Whelmer or Officer Earl. (*See* Waiver of Service, ECF No. 12.) Accordingly, it is hereby ORDERED that, no later than June 19, 2025, Plaintiff shall file a letter setting forth further identifying information to assist DOC in ascertaining the identities of Captain Whelmer and Officer Earl.

**SO ORDERED.**

Dated: New York, New York
        May 29, 2025

_____
STEWART D. AARON
United States Magistrate Judge