UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Justin Bouknight,

                Plaintiff,

-against-

Captain Whelmer and Officer Earl,

                Defendants.

1:25-cv-03212 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      On May 29, 2025, the Court entered an Order requiring, no later than June 19, 2025, Plaintiff to file a letter setting forth further identifying information to assist the New York City Department of Corrections in ascertaining the identities of Captain Whelmer and Officer Earl. (5/29/25 Order, ECF No. 13.) Plaintiff has yet to file the letter. Accordingly, it is hereby ORDERED that Plaintiff shall file the letter no later than July 18, 2025. Failure to file the letter may result in dismissal of this case.

**SO ORDERED.**

Dated: New York, New York
       July 1, 2025

_____
STEWART D. AARON
United States Magistrate Judge