UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN BOUKNIGHT

Write the full name of each plaintiff or petitioner.

Case No. 25 cv 3212

-against-

CAPTAIN WHELMER

OFFICER EARL

Write the full name of each defendant or respondent.

NOTICE OF MOTION

RECEIVED JUN 06 2025 PRO SE OFFICE

PLEASE TAKE NOTICE that JUSTIN BOUKNIGHT    JUSTIN BOUKNIGHT
                        plaintiff or defendant   name of party who is making the motion

requests that the Court:

TO BRING ME BEFOR A JUDGE AND JURY AND BRING JUSTICE TO THE PEOPLE.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents: Bouknight v. Whelmer et al

25cv3212

05-31-25
Dated

Signature: Justin Bouknight

JUSTIN BOUKNIGHT
Name

349-240-1887
Prison Identification # (if incarcerated)

1600 HAZEN ST        EAST ELMHURST      NY        11370
Address              City               State     Zip Code

631 636 2616
Telephone Number (if available)          E-mail Address (if available)



Justin Bouknight BL 349-240-1887
O.B.C.C.
1600 Hazen Street
East Elmhurst, NY 11370

USMS SDNY
PRO SE OFFICE
RECEIVED JUN 06 2025

United States District Court
Southern District of New York
500 Pearle Street
New York, NY 10007

MID-ISLAND NY 117
4 JUN 2025 PM 6 L

Plaintiff's Motion (ECF No. 15) is DENIED. Plaintiff's Motion is not a motion at all, but merely a recital of various allegations that would appear in a pleading. No specific relief is sought in the Motion.

SO ORDERED.
Dated: July 1, 2025