UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Justin Bouknight, <br><br>                    Plaintiff, <br><br> -against- <br><br> Captain Whelmer and Officer Earl, <br><br>                    Defendants. | 1:25-cv-03212 (PAE) (SDA) <br><br> **ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On July 1, 2025, the Court entered an Order requiring, no later than July 18, 2025, Plaintiff to file a letter setting forth further identifying information to assist the New York City Department of Corrections in ascertaining the identities of Captain Whelmer and Officer Earl.[1] (7/1/25 Order, ECF No. 17.) Plaintiff has yet to file the letter. Accordingly, it is hereby ORDERED that Plaintiff shall file the letter no later than August 14, 2025. Failure to file the letter will result in the undersigned recommending to District Judge Engelmayer that this case be dismissed. The Clerk of Court is respectfully directed to mail a copy of this Order to the address listed on the ECF docket. Chambers will mail the Order to the address listed in Plaintiff's declaration filed at ECF No. 16.

SO ORDERED.

Dated:   New York, New York
         July 24, 2025

*/s/ Stewart D. Aaron*
_____
**STEWART D. AARON**
**United States Magistrate Judge**

---

[1] The Court previously ordered Plaintiff to provide further identifying information no later than June 19, 2025. (*See* 5/29/25 Order, ECF No. 13.) Plaintiff failed to comply with this earlier Order as well.